# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

"M.L." AND SON "R.P.," ON
BEHALF OF AND AS THE
ATTORNEY-IN-FACT OF HIS
MOTHER, "A.P."

NO.  2021 CW 1580

VERSUS

MAGNOLIA ASSISTED LIVING,
L.L.C.; THOMAS MULLINS, JR.;
AND TAMMI DUHON

**MARCH 17, 2022**

---

In Re:   Magnolia Assisted Living, L.L.C.; Thomas Mullins, Jr.;
and Tammi Duhon, applying for supervisory writs, 23rd
Judicial District Court, Parish of Ascension, No.
115842.

---

**BEFORE:   GUIDRY, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED.**

> **JMG**
> **WRC**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT